DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**YVONNE FONG,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-MLN1,** and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, AS NOMINEE FOR US GUARANTEE MORTGAGE CORPORATION,**
Appellees.

No. 4D21-1424

[January 27, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Senior Judge; L.T. Case No. 062017CA006109AXXXCE.

Jonathan Kline and Joseph G. Paggi, III of Jonathan Kline, P.A., Weston, for appellant.

Kathleen D. Kilbride, Sara F. Holladay and Emily Y. Rottmann of McGuireWoods LLP, Jacksonville, for appellee U.S. Bank National Association, as Trustee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***